In the Matter of the Judicial Settlement of the Account of STEPHEN KLENOTIC and OLIVER N. SMITH, as Executors, etc., of ANNA H. REGES, Deceased. OLIVER N. SMITH, as Executor, etc., of ANNA H. REGES, Deceased, Appellant. STEPHEN KLENOTIC, Executor, etc., of ANNA H. REGES, Deceased. PRESIDENT AND DIRECTORS OF THE MANHATTAN COMPANY, as Trustee, etc., and Another, Respondents.— Decree of the Surrogate's Court of Queens county in so far as appealed from modified by directing that a full commission be paid to each executor; that there be added to the sum therein named as commissions the further sum of $404.25; that other payments directed by the decree to be made, in so far as they affect the amount of commission to be allowed to the executors, abate proportionally; and as so modified the said decree is unanimously affirmed, with costs to all parties filing briefs, payable out of the estate. In our opinion, each of the executors is entitled to full commissions upon the gross value of the principal of the estate as shown by the intermediate accounting and also the final accounting. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

In the Matter of the Application for the Appointment of a Committee of the Person and Property of JAMES J. SANGUNITTO, an Alleged Incompetent Person. RICHARD L. SANGUNITTO, Appellant; ROBERT D. SANGUNITTO and MABEL C. KENNEDY, Respondents.— Resettled order denying petitioner's motion for the appointment of a committee of an alleged incompetent affirmed, with ten dollars costs and disbursements. Appeals from orders dated March 27 and May 11, 1933, dismissed. Lazansky, P. J., Hagarty, Carswell, Scudder and Tompkins, JJ., concur.

In the Matter of Fixing and Determining the Petitioner's Attorney's Fees for Services Rendered in the Estate of VICTOR SPANIER, Deceased. THEODORE ARNOLD, Appellant; ETTY SPANIER and Others, Distributees, Respondents; FRANK V. KELLY, Public Administrator of Kings County, as Administrator, etc., of VICTOR SPANIER, Deceased, Respondent.— Order of the Surrogate's Court of Kings county fixing counsel fees affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Hagarty, Carswell, Scudder and Tompkins, JJ., concur. [148 Misc. 879.]

In the Matter of the Application of HENRY V. STEBBINS, District Attorney of Rockland County, Respondent, for a Peremptory Mandamus Order against JONATHAN W. SHERWOOD, Individually and as County Judge of the County of Rockland and the County Court of Rockland County, and JAMES J. MURPHY, Appellants.— Peremptory mandamus order unanimously affirmed, without costs. Upon the rehearing it may be determined whether the defendant was possessed of a weapon at the time of the commission of the crime charged, and if so, was such possession lawful. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ. [148 Misc. 763.]